company, to recover from the appellees their unpaid subscriptions to the capital stock of the company in satisfaction of said judgment, recovered in the circuit court. The bill alleged that the corporation was insolvent and had ceased to do any corporate business since 1875.

On the final submission of the cause on the pleadings and proof, the chancellor dismissed the bill. From this decree the complainant appeals, and assigns the rendition thereof as error.

The decree of the chancellor is affirmed.

Opinion by TYSON, J.

---

## Vance *et al.* *v.* McElroy, Admr.

APPEAL from Bibb Probate Court.

Heard before the Hon. W. L. PRATT.

ELLISON & THOMPSON, LAVENDER & FULLER, for appellants.

LOGAN & VANDEGRAAFF, for appellee.

The transcript in this case contains only a bill of exceptions, and there is shown no judgment from which the appeal is taken, otherwise than as copied in the bill of exceptions.

It is held by the court that the office of the bill of exceptions is not to present matter which should appear of record proper in the court below, and that the court will not look to a judgment copied into the bill of exceptions or consider such judgment as the record of the court.

The appeal is, therefore, dismissed.

Opinion by DOWDELL, J.

---

## Hall & Farley *v.* Harper.

APPEAL from Henry Circuit Court.

Tried before the Hon. J. W. FOSTER.

W. W. SANDERS, for appellant.

R. H. WALKER, for appellee.

The appellants, Hall & Farley, recovered a judgment against the appellee, Wilson Harper, for a certain sum of money. The defendant was not present at the trial, which resulted in this judgment, and he, thereupon, made a motion for a new trial upon the ground that he was sick and not able to attend court when the case was tried. Upon the hearing of this motion, the court granted the motion and ordered a new trial. From this judgment the plaintiff appeals.

The judgment granting the new trial is affirmed.

Opinion by SHARPE, J.

---

# Georgia Home Ins. Co. *v.* Boykin *et al.*

APPEAL from Montgomery Circuit Court.

Tried before the Hon. JOHN R. TYSON.

TOMPKINS & TROY, for appellant.

W. S. THORINGTON and J. M. CHILTON, for appellee.

This was an action of assumpsit brought by the appellant against the appellees. The only rulings presented for review on the present appeal were upon the evidence sought to be introduced by the plaintiff. These rulings being adverse to the plaintiff, the plaintiff took a nonsuit with bill of exceptions. There was judgment rendered in favor of the defendants.

Judgment affirmed.

Opinion by HARALSON, J.